# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**830**
**CAF 14-00137**
PRESENT: CENTRA, J.P., CARNI, LINDLEY, AND DEJOSEPH, JJ.

---

IN THE MATTER OF JOSEPH CALLOWAY,
PETITIONER-RESPONDENT,

V                                                           ORDER

MARQUITA ALLEN, ALSO KNOWN AS MARQUITA DAVIS,
RESPONDENT-APPELLANT.

---

CHARLES T. NOCE, CONFLICT DEFENDER, ROCHESTER (KATHLEEN P. REARDON OF COUNSEL), FOR RESPONDENT-APPELLANT.

ALEXANDER KOROTKIN, ROCHESTER, FOR PETITIONER-RESPONDENT.

ROBERT P. TURNER, ATTORNEY FOR THE CHILD, ROCHESTER.

-----------------------------------------------------------------------------------

Appeal from an order of the Family Court, Monroe County (Patricia E. Gallaher, J.), entered December 6, 2013 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted petitioner sole and primary physical custody of the subject child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court.

Entered:  June 12, 2015                         Frances E. Cafarell
                                                Clerk of the Court